```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 14163
    EDGAR E GRIMALDO
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-9046


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/03/08 .

     2.  The case was dismissed without confirmation, 09/19/2008.

     3.  The Debtor paid a total of $    970.00 .
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD SAVING & LOAN ASSN | CURRENT MORTG | .00 | .00 | .00 |
| WORLD SAVING & LOAN ASSN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| PREMIUM CAPITAL | SECURED | .00 | .00 | .00 |
| PREMIUM CAPITAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST CREDIT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON & ASSOC | ORIGINAL ATTO | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

```
The Debtor's attorney, PRO SE DEBTOR              , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $    970.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 01/16/09
/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 14163 EDGAR E GRIMALDO